UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA     )
                                         )
v.                                  )     NO. 3:06-00073
                                       )     JUDGE CAMPBELL
ANTONIO MONTEZ FURLOW     )


ORDER


     Pending before the Court is a Petition (Docket No. 25) alleging violations of Defendant's

Conditions of Supervision. The Court will hold a hearing on February 14, 2014, at 9:00 a.m.

     IT IS SO ORDERED.


                                   _____
                                   TODD J. CAMPBELL
                                   UNITED STATES DISTRICT JUDGE