UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:06-00073 |
| | ) | JUDGE CAMPBELL |
| ANTONIO MONTEZ FURLOW | ) | |

ORDER

Pending before the Court is a Motion to Continue Hearing (Docket No. 36). The Motion is GRANTED.

The hearing on the Petition (Docket No. 25) alleging violations of Defendant's Conditions of Supervision scheduled for February 14, 2014, is RESCHEDULED for February 18, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE